IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01825-ZLW-BNB

THE ESTATE OF CHANDA JOHNSON, deceased, by
DORRIS RICHARDSON, Personal Representative,

Plaintiff,

v.

AVAYA COMMUNICATION, INC., a Delaware corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on my Order to Show Cause entered June 6, 2005. The plaintiff responded to the Order to Show Cause on June 13, 2005, and I held a hearing on the matter this afternoon, at which time I made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Order to Show Cause is DISCHARGED.

Dated July 11, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge