IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01825-ZLW-BNB

THE ESTATE OF CHANDA JOHNSON, deceased, by
DORRIS RICHARDSON, Personal Representative,

Plaintiff,

v.

AVAYA, INC., a Delaware corporation,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. On the oral motion of the plaintiff; without objection from the defendant; and to correctly identify the defendant:

IT IS ORDERED that the caption of the case shall be modified to reflect the defendant's correct name as AVAYA, INC. All future pleadings shall include the modified caption.

Dated July 20, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge