IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1825-ZLW-BNB

THE ESTATE OF CHANDRA JOHNSON, Deceased, by DORRIS RICHARDSON, her Personal Representative,

     Plaintiff,
v.

AVAYA, INC., a Delaware corporation,

     Defendant.

___

ORDER
___

     On October 11, 2005, counsel for Defendant advised the Court that this case had settled.  It is, therefore,

     ORDERED that the hearing set on Wednesday, October 12, 2005, at 2:00 p.m. and the trial set on Monday, January 9, 2006, at 10:30 a.m. are hereby vacated.  It is

     FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

     FURTHER ORDERED that settlement papers shall be filed on or before November 1, 2005.  If by that date settlement papers have not been received by the Court, on November 8, 2005, the case will be dismissed without prejudice.

     DATED at Denver, Colorado, this   11   day of October, 2005.

     BY THE COURT:

     s/ Zita L. Weinshienk
     _____
     ZITA L. WEINSHIENK, Senior Judge
     United States District Court