IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01825-ZLW-BNB

THE ESTATE OF CHANDA JOHNSON, deceased, by
DORRIS RICHARDSON, Personal Representative,

Plaintiff,

v.

AVAYA, INC., a Delaware corporation,

Defendant.

_____

**ORDER**
_____

Upon review of the case file:

IT IS ORDERED that the case is set for a status/settlement conference on **December 1, 2005, at 3:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Attorneys and client representatives with full authority to settle the case must be present at the conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor with full authority to settle the case must be present at the conference in person.)  Each party shall submit a confidential settlement statement to my chambers only on or before **November 28, 2005**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated November 14, 2005.

                                        BY THE COURT:

                                        /s/ Boyd N. Boland
                                        United States Magistrate Judge