IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-01825-ZLW-BNB

THE ESTATE OF CHANDRA JOHNSON, Deceased, by DORRIS RICHARDSON, her Personal Representative,

    Plaintiff,

v.

AVAYA, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: November ___16___, 2005


    It is ORDERED that the Court defers ruling on Plaintiff's Rejection Of Final Settlement Offer And Request For Trial On Merits Based On New Evidence until December 5, 2005, after the parties have participated in the December 1, 2005, status/settlement conference set by Magistrate Judge Boland.  It is

    FURTHER ORDERED that the November 22, 2005, deadline for the filing of settlement papers ordered by the Court on November 9, 2005, is vacated, subject to re-setting by further Order.