IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01825-ZLW-BNB

THE ESTATE OF CHANDA JOHNSON,
Deceased, by DORRIS RICHARDSON, her Personal Representative,

    Plaintiff,

v.

AVAYA, INC., a Delaware corporation,

    Defendant.

## ORDER OF RECUSAL

Magistrate Judge Craig B. Shaffer

This matter was referred to me upon an Order of Reference entered by District Judge Zita L. Weinshienk on December 2, 2005.

Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which his impartiality might be reasonably be questioned."  In view of the fact that I have a monetary interest in Defendant Avaya, Inc., and in order to avoid the appearance of impropriety, I hereby recuse myself from this action.

DATED at Denver, Colorado, this 5th day of December, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge