IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1825-ZLW-BNB

THE ESTATE OF CHANDA JOHNSON, Deceased, by DORRIS RICHARDSON, her Personal Representative,

    Plaintiff,

v.

AVAYA, INC., a Delaware corporation,

    Defendant.

## ORDER AND JUDGMENT OF DISMISSAL

On December 5, 2005, this matter was referred to Magistrate Judge Michael J. Watanabe who filed a Recommendations On (1) Defendant's Motion To Dismiss With Prejudice Based Upon Settlement (Docket No. 68), (2) Defendant's Motion For Summary Judgment Based Upon Settlement (Docket No. 89), and (3) Plaintiff's Rejection Of Defendant's Settlement Offer And Request For Trial On Merits Based Upon New Evidence (Docket No. 70), in which he recommended that the motions to dismiss and for summary judgment be granted, and Plaintiff's request for trial be denied.  No objections have been filed.

The Court, after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts the Magistrate Judge's Findings Of Fact And Conclusions Of Law and Recommendation.  Therefore, it is

ORDERED that (1) Defendant's Motion To Dismiss With Prejudice Based Upon Settlement (Docket No. 68) and (2) Defendant's Motion For Summary Judgment Based Upon Settlement (Docket No. 89) are granted, and judgment is hereby entered in favor of Defendant and against Plaintiff for dismissal of this Complaint and cause of action with prejudice.  It is

FURTHER ORDERED that Defendant shall be awarded reasonable attorney's fees and costs as to these motions only.  The parties otherwise shall pay their own attorney's fees and costs, unless another agreement was reached by the parties.  It is

FURTHER ORDERED that Plaintiff's Request For Trial On Merits Based Upon New Evidence (Docket No. 70) is denied.

DATED at Denver, Colorado, this __14__ day of February, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court