IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1825-ZLW-BNB

THE ESTATE OF CHANDA JOHNSON, Deceased, by DORRIS RICHARDSON, her Personal Representative,

     Plaintiff,

v.

AVAYA, INC., a Delaware corporation,

     Defendant.

---

## ORDER

---

The matter before the Court is Defendant's Application For Attorney's Fees. After reviewing the file and the circumstances of this case, the Court reconsiders that portion of the February 14, 2006, Order And Judgment Of Dismissal which awarded certain attorney's fees and costs to Defendant, and determines that the parties should pay their own fees and costs with respect to the entire action.  Accordingly, it is

ORDERED that the portion of the February 14, 2006, Order And Judgment Of Dismissal (Doc. No. 109) awarding certain attorney's fees and costs to Defendant is vacated.  It is

FURTHER ORDERED that the parties shall pay their own attorney's fees and costs incurred in this action.  It is

FURTHER ORDERED that Defendant's Application For Attorney's Fees (Doc. No. 110) is denied.

DATED at Denver, Colorado, this   14   day of March, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court